**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

KIM A. MONROE,

                        Plaintiff,                                  7:23 **CIVIL** 0412 (JCM)

        -v-                                                 **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 27, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties agree that on remand, the Commissioner will take further action to complete the administrative record, offer the claimant an opportunity for a hearing, and issue a new decision.

**Dated:** New York, New York

       July 27, 2023

                                         **RUBY J. KRAJICK**

                                          _____
                                              **Clerk of Court**

                **BY:**

                                            _____
                                            **Deputy Clerk**